## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:08-cv-07963-FMC-AGRx | Date | January 6, 2009 |
|---|---|---|---|
| Title | Emigdio Aguirre v. Recontrust Company et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER GRANTING MOTION TO DISMISS   (In Chambers)

This matter is before the Court on Defendant Recontrust Company, N.A.'s Motion to Dismiss Complaint, or in the alternative, For More Definite Statement (docket no. 7), filed December 8, 2008, and scheduled for hearing on January 12, 2009. Pursuant to this Court's Motion Briefing Schedule, "Opposition papers are to be filed and served not later than 21 days before the hearing date." Standing Order Rule 3(b). Opposition papers were therefore due on December 1, 2008. To date, the Court has not received any Opposition from Plaintiff Emigdio Aguirre, who is represented by Attorney Freddie Vernon Vega of the Freddie Vernon Vega Law Offices.

Pursuant to Local Rule 7-12, "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Accordingly, the Court finds that Plaintiff has consented to the granting of Defendant's Motion. The Court hereby GRANTS Defendant's Motion to Dismiss Complaint without prejudice. Plaintiff is given thirty (30) days to file an amended complaint, if any. Failure to timely file an amended complaint will result in dismissal of the action with prejudice.

|  | : | N/A |
|---|---|---|
| | Initials of Preparer | AM |