Stacey L. Herter (SBN: 185366)
**BRYAN CAVE LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100
Email:  stacey.herter@bryancave.com

Marc H. Phelps (SBN: 237036)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
Email:  marc.phelps@bryancave.com

Attorneys for Defendants
RECONTRUST COMPANY, N.A. and
COUNTRYWIDE HOME LOANS, INC.

J S - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EMIGDIO AGUIRRE,<br><br>Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, DOE 1, and DOES 2-50, inclusive,<br><br>Defendants. | Case No. **2:08-cv-07963-FMC-AGRx**<br><br>[Assigned to Hon. Florence-Marie Cooper]<br><br>**JUDGMENT OF DISMISSAL** |

Having reviewed the Court's docket and the papers on file in the above-captioned matter, the Court finds the following:

1. On October 10, 2008, Plaintiff Emigdio Aguirre ("Plaintiff") filed the instant action against Defendant Recontrust Company, N.A. ("Defendant").

2. On December 3, 2008, Defendant timely removed the action from the Superior Court for the County of Los Angeles to this Court.

3. On December 8, 2008, Defendant filed a motion to dismiss to each of

SM01DOCS719478.1

**[PROPOSED] ENTRY OF JUDGMENT OF DISMISSAL**

1 the three causes of action asserted in Plaintiff's Complaint based on the uncertainty
2 of the claims and Plaintiff's failure to state a valid cause of action.

3      4.      On January 6, 2009, the Court sustained Defendant's unopposed
4 motion to dismiss with leave to amend, and issued its order providing that "Plaintiff
5 is given thirty (30) days to file an amended complaint, if any.  Failure to timely file
6 an amended complaint will result in dismissal of the action with prejudice."

7      5.      Plaintiff failed to file an amended complaint within thirty days of the
8 Court's order, or by February 5, 2009.

9      Accordingly, for the reasons set forth above, **IT IS ORDERED,**
10 **ADJUDGED AND DECREED** as follows:

11      That Defendant have judgment against Plaintiff Emigdio Aguirre on all
12 claims, that Plaintiff take nothing by virtue of his complaint, and that this action is
13 hereby dismissed, with prejudice.

15 Dated:  February 12, 2009         _/s/ Florence-Marie Cooper_
                                     Hon. Florence-Marie Cooper, District Court
                                     Judge
                                     United States District Court
                                     Central District of California

19 Respectfully submitted by:

20 Stacey L. Herter, Esq.
   Marc H. Phelps, Esq.
21 **BRYAN CAVE LLP**

23 By:   /s/   Stacey L. Herter
             Stacey L. Herter
24 Attorneys for Defendants
   RECONTRUST COMPANY, N.A. and
25 COUNTRYWIDE HOME LOANS, INC.

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

SM01DOCS719478.1       2

[PROPOSED] ENTRY OF JUDGMENT
OF DISMISSAL